# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

JP MORGAN SECURITIES, LLC,

    Plaintiff,

v.

PHILLIP ALEXANDER,

    Defendant.

Case No. 2:17-cv-494
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kimberly A. Jolson

## OPINION AND ORDER

This matter is before the court for consideration of the plaintiff's motion for a temporary restraining order. (ECF No. 2.) The court heard from the parties in an on the record phone call of this same day. The parties have agreed to the entry of a stay put order designed to preserve the status quo prior to the empaneling of an arbitration panel. The plaintiff waives no rights to any claim or damages by entering into this agreed order. The defendant admits no liability by entering into this agreed order.

1. For the term of fourteen days, the defendant will not solicit any employee of the plaintiff in an attempt to cause such employee to terminate work with the plaintiff. The defendant will not use in any manner any confidential business record of any kind of the plaintiff, including customer lists or contact information. The defendant shall forthwith return to the plaintiff any confidential business records, if any, including customer lists or contact information, in his possession.

2. The defendant shall not contact, directly or indirectly, any previous customer of his while in employ of the plaintiff, provided that he may receive and reply to calls, emails, letters or texts received by him from such previous customers. He

shall maintain a record of all such received and/or responded to calls, emails, letters or texts and shall preserve all such information for at least the duration of this case. He will not oppose a future discovery request by the plaintiff to review such information.

3. The parties agree that no bond is required, since no property is involved in this order. This order is effective immediately and shall extend for fourteen days.

**IT IS SO ORDERED.**

6-9-2017
**DATE**

**EDMUND A. SARGUS, JR.**
**CHIEF UNITED STATES DISTRICT JUDGE**