UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JP MORGAN SECURITIES, LLC,

    Plaintiff,

v.

PHILLIP ALEXANDER,

    Defendant.

Case No. 2:17-cv-494
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kimberly A. Jolson

## OPINION AND ORDER

This matter is before the court for consideration of the parties' Joint Motion for an Entry of 41(a) Dismissal with Prejudice. (ECF No. 9.) On June 8, 2017, Plaintiff filed its Complaint and a Motion for Temporary Restraining Order against the Defendant. (ECF Nos. 1-3.) On June 9, 2017, this Court filed an Opinion and Order memorializing terms of restricted activities for a period of fourteen days, and stayed court proceedings in order to "preserve the status quo prior to empaneling of an arbitration panel" of the Financial Industry Regulatory Authority (FINRA). (*Order*, ECF No. 7.) The parties represent that this matter is now pending before the FINRA Office of Dispute Resolution, and FINRA has jurisdiction.

Pursuant to Fed. R. Civ. P. 41(a), the parties' Joint Motion (ECF No. 9) is **GRANTED**, and the case is dismissed with prejudice. The Clerk will remove this case from the docket.

**IT IS SO ORDERED.**

9-7-2017
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE